UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BENJAMIN G.,[1]                                    Case No. 2:23-cv-000195-MTK

                Plaintiff,

                **ORDER**

    v.

COMMISSIONER, Social Security
Administration,

                Defendant.

_____

**KASUBHAI,** United States District Judge:

      Plaintiff Benjamin G. brought this action seeking review of the Commissioner's final

decision denying his application for disability insurance benefits and supplemental security

income under the Social Security Act. ECF No. 1. The Court reversed the Commissioner's

decision, remanded the case for calculation and award of benefits, and entered Judgment on

August 27, 2024. ECF Nos. 14, 18-19.

      Plaintiff's attorney now seeks an award of fees pursuant to 42 U.S.C. § 406(b). ECF No.

25. Defendant takes no position with respect to the request. *Id*. Applying the standards set

_____

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-
government parties whose identification could affect Plaintiff's privacy.

by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court has reviewed the record in this case and finds that the requested fee is reasonable.

Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) (ECF No. 25) is hereby GRANTED as follows: Plaintiff's counsel is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $27,906.50, to be paid in accordance with agency policy. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously received under EAJA ($8,395.58) and send Plaintiff's attorney the balance of $19,510.92. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED this  19th  day of    February    , 2026.


 /s/Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He/Him)
United States District Judge